UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                    Case No. 15-mj-30085

v.

AL-HAMZAH MOHAMMAD JAWAD,

    Defendant.
_____/

**STIPULATED ORDER FOR TEMPORARY RELEASE
OF DEFENDANT BY USMS TO CUSTODY OF FBI AND ERO**

    The parties in this matter anticipate that this case will be resolved by a pretrial diversion agreement which will include the defendant's consensual removal to Iraq. In order to obtain the necessary travel documents, the defendant is required to appear in person at the Iraqi consulate. Accordingly, the parties agree and request that the Court order the release of the defendant from the custody of the United States Marshals Service (USMS) to the custody of the Federal Bureau of Investigation (FBI) and Enforcement and Removal Operations (ERO), U.S. Immigration and Customs Enforcement, on Friday, February 19, 2016, from 9:00 a.m. to 5:00 p.m. for purposes of the defendant's appearance at the Iraqi consulate. The FBI and ERO will return the defendant to the USMS at or before

5:00 p.m. on February 19, 2016, after the conclusion of the application process at

the Iraqi consulate.


Respectfully submitted,

BARBARA L. MCQUADE
United States Attorney


s/Cathleen M. Corken                    s/Todd Shanker with consent
CATHLEEN M. CORKEN                      TODD SHANKER
Assistant U.S. Attorney                 Attorney for Al-Hamzah Mohammad Jawad
211 W. Fort Street                      Federal Defender Office
Suite 2001                              613 Abbott, 5th Floor
Detroit, MI  48226                      Detroit, MI 48226


Date:  February 12, 2016

# ORDER

After reading the above stipulation,

**IT IS HEREBY ORDERED** that the United States Marshals Service (USMS) will release custody of the defendant to the custody of the Federal Bureau of Investigation (FBI) and Enforcement and Removal Operations (ERO), U.S. Immigration and Customs Enforcement, on Friday, February 19, 2016, from 9:00 a.m. to 5:00 p.m. for purposes of the defendant's appearance at the Iraqi consulate.

**IT IS FURTHER ORDERED** that the FBI and ERO will return the defendant to the custody of the U.S. Marshals Service at or before 5:00 p.m. on February 19, 2016.

s/ Mona K. Majzoub
Mona K. Majzoub
United States Magistrate Judge

Entered: February 17, 2016