UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Criminal No. 15-mj-30085

  Plaintiff,

v.

AL-HAMZAH MOHAMMAD JAWAD,

  Defendant

## MOTION AND BRIEF FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Eastern District of Michigan hereby moves to dismiss without prejudice the Complaint against the defendant. The parties entered into a pretrial diversion agreement pursuant to which the defendant agreed to be removed from the United States, and the government agreed to dismiss the complaint subsequent to his removal. The defendant has now been removed from

the United States, and, accordingly, the government hereby moves to dismiss the Complaint without prejudice.

    Respectfully submitted,

    BARBARA L. MCQUADE
    United States Attorney

    *s/Cathleen M. Corken*
    CATHLEEN M. CORKEN
    Assistant United States Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI  48226
    Cathleen.corken@usdoj.gov
    (313) 226-0206

Dated: April 2, 2016

CERTIFICATE OF SERVICE

I hereby certify that on Saturday, April 02, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew N. Wise

Todd Shanker

*s/Cathleen M. Corken*
CATHLEEN M. CORKEN
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Cathleen.corken@usdoj.gov
(313) 226-0206