UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                Case No. 2:15–mj–30085–DUTY

Al–Hamzah Mohammad Jawad,
           Defendant(s),

**ORDER FOR DISMISSAL OF COMPLAINT**

    This matter coming before the Court on the Government's motion, with notice having been provided to the defense, for the reasons stated in the Government's motion, the Court grants the Government leave to dismiss the complaint against Al–Hamzah Mohammad Jawad.

    Accordingly, it is hereby ordered that the Complaint against Al–Hamzah Mohammad Jawad be dismissed and that the Appearance Bond, if any, and the Order Setting Conditions of Release be cancelled.

                                              s/R. Steven Whalen
                                              R. Steven Whalen
                                              U.S. Magistrate Judge

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                            By: s/C Ciesla
                                                    Case Manager

Dated:  April 6, 2016